**Original filed 5/1/06**

1

2

3

4

5

6

7                         NOT FOR CITATION

8          IN THE UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
11  MICHAEL RAYMOND        )        No. C 06-2353 JF (PR)
    KENNEDY, SR.,          )
12                         )        ORDER GRANTING
              Plaintiff,   )        PLAINTIFF'S MOTION TO
13                         )        WITHDRAW; ORDER OF
       v.                  )        DISMISSAL
14                         )
    CAREY, Warden, et al., )
15                         )
              Defendants.  )
16  _____)        (Docket No. 7)

17

18       Plaintiff, a state prisoner proceeding pro se, filed a "motion of grievance"

19  concerning his dental care at Solano State Prison.  On April 4, 2006, the instant action

20  was transferred to this Court from the Eastern District of California.  On April 20, 2006,

    Plaintiff filed a motion to withdraw his grievance.  The Court construes Plaintiff's motion
21
    as a request for voluntary dismissal.
22
         Plaintiff's motion to withdraw his grievance and voluntarily dismiss the instant
23
    action (docket no. 7) is GRANTED.  The clerk shall terminate all pending motions and
24
    close the file.  No filing fee is due in this closed action.
25
         IT IS SO ORDERED.
26
    DATED: _4/27/06_____
27
                              JEREMY FOGEL
28                            United States District Judge

1   This is to certify that a copy of this ruling was mailed to the following:

2

Michael Raymond Kennedy, Sr.
3   D-26471
Solano State Prison
4   P.O. Box 4000
Vacaville, CA  95696-4000
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28